IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOY LUCRETIA CLARK,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-CV-0838 |
| | : | |
| **ORPHANS COURT PHILADELPHIA,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 25th day of April, 2025, upon consideration of Plaintiff Joy Lucretia Clark's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
Mitchell S. Goldberg,   J.